IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Andre D. Curry,** )<br> )<br>Plaintiff, )<br>vs. )<br> )<br>**Don Juan Edwards, Megan N. Pool, Shadi H. Asfour, William M. Doolin and the City of Chicago,** )<br> )<br> )<br> )<br>Defendant. ) | Case No. **2020-CV-00103** |

NOTICE OF REMOVAL

Defendants City of Chicago, Megan N. Pool, Shadi H. Asfour, and William M. Doolin by one of their attorneys, Bret Kabacinski, Assistant Corporation Counsel of the City of Chicago, respectfully request removal of the above entitled action to this Court, pursuant to 28 U.S.C. §1441(a) and §1446 (a), based on the following grounds:

1. Defendants City of Chicago, Megan N. Pool, Shadi H. Asfour, and William M. Doolin were/was named as defendants in a civil action filed in the Circuit Court of Cook County of the State of Illinois, case number 19 L 13024, entitled *Andre D. Curry v. Don Juan Edwards, et al.*

2. The Complaint was filed on November 25, 2019 and the summons and Complaint were served upon the City of Chicago on December 5, 2019. Megan N. Pool, Shadi H. Asfour, and William M. Doolin have not been served but will agree to this removal. The undersigned counsel has contacted counsel for Defendant Don Juan Edwards, who indicated that Defendant Edwards consents to this removal. See Summons and Complaint attached hereto as Exhibit A.

3. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 and Illinois common law. In Counts IV, V, VIII, IX, XII, and XIII, Plaintiff allege that the Plaintiff was subject to

Unreasonable Seizure and Retaliatory Arrest in violation of the First and Fourth Amendments of The United States Constitution. The remaining counts make allegations under Illinois law that Plaintiff was subject to False Arrest, False Imprisonment and Malicious Prosecution.

    4. Based on the allegations of the complaint and for reasons set forth above, Defendants are entitled to remove this action to this court, pursuant to 28 U.S.C. §1441(a).

    WHEREFORE, Defendants City of Chicago, Megan N. Pool, Shadi H. Asfour, and William M. Doolin respectfully request that the above-entitled action now pending in the Circuit Court of Cook County in the State of Illinois, case number 19 L 13024, be removed therefrom to this Court.

Respectfully submitted,

/s/ Bret Kabacinski
Bret Kabacinski
Assistant Corporation Counsel

30 N. LaSalle St., Suite 900
Chicago, IL 60602
(312) 742-1842
Atty. No. 06313169